USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YESHAYA ALTMAN,

                Plaintiff,

  -against-

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-5709 (MKV)**

NATIONWIDE CREDIT, INC,

                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 15). A telephone conference will be held on **Thursday, November 19, 2020 at 10:30 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: November 10, 2020
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge