USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

YESHAYA ALTMAN,

                            Plaintiff,                **ORDER ADJOURNING**

                                        **TELEPHONE CONFERENCE**

          -against-

                                           **20-CV-5709 (MKV)**

NATIONWIDE CREDIT, INC,

                            Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       In light of the Notice of Settlement filed on November 17, 2020 (doc. no 18) the Pre-

Settlement Telephone Conference currently scheduled for **November 19, 2020** is hereby

adjourned *sine die*.

       SO ORDERED.

Dated: November 17, 2020
      New York, New York

                                      _____
                                     KATHARINE H. PARKER
                                     United States Magistrate Judge